**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Larry Koon, Appellant,

v.

Gary Morgan, Respondent.

Appellate Case No. 2011-187786

———————————

Appeal From Newberry County
Eugene C. Griffith, Jr., Circuit Court Judge

———————————

Unpublished Opinion No. 2012-UP-568
Submitted October 1, 2012 – Filed October 24, 2012

———————————

**AFFIRMED**

———————————

Larry Koon, of Little Mountain, pro se.

Jeffrey M. Anderson, of Davis, Frawley, Anderson
McCauley, Ayer, Fisher, & Smith, LLC, of Lexington,
for Respondent.

———————————

**PER CURIAM:** Larry Koon appeals the trial court's grant of summary judgment in his favor, arguing the trial court erred in (1) refusing to award him monetary damages on his claim and delivery action and (2) denying his motion to alter or

amend without conducting a hearing. We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:

1. As to whether the trial court erred in refusing to award Koon damages: *Plyler v. Burns*, 373 S.C. 637, 645, 647 S.E.2d 188, 192-93 (2007) ("Judicial immunity serves as a bar to litigation against a judicial officer.").

2. As to whether the trial court erred in denying Koon's motion to alter or amend without conducting a hearing: *Herron v. Century BMW*, 395 S.C. 461, 465, 719 S.E.2d 640, 642 (2011) ("At a minimum, issue preservation requires that an issue be raised to and ruled upon by the trial [court.]"); *id.* ("Constitutional arguments are no exception to the preservation rules, and if not raised to the trial court, the issues are deemed waived on appeal.").

**AFFIRMED.**

**HUFF, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.